**SIGNED.**

**Dated: January 25, 2022**

_____
**Paul Sala, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Christopher W. Demuth and Rebecca E. Eve,<br><br>Debtors. | Chapter 7<br><br>Case No. 2:20-bk-09299-PS<br><br>**ORDER GRANTING ABANDONMENT OF PROPERTY** |

Based upon the *Notice of Trustee's Intent to Abandon Property* ("Notice"), with no objections being received and further good cause appearing,

**IT IS HEREBY ORDERED** granting the abandonment and abandoning from the bankruptcy estate the non-exempt equity in the real property located at 8407 East Orange Blossom Lane, Scottsdale, AZ.

**DATED AND SIGNED ABOVE**