In re:  Case No. 20-09299-PS
CHRISTOPHER WILLIAM DEMUTH  Chapter 7
REBECCA ELIZABETH EVE
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 6
Date Rcvd: May 25, 2022      Form ID: pdf001      Total Noticed: 83

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | CHRISTOPHER WILLIAM DEMUTH, REBECCA ELIZABETH EVE, 8407 EAST ORANGE BLOSSOM LANE, SCOTTSDALE, AZ 85250-7424 |
| cr | + | DeRito Talking Stick South, LLC, c/o Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103, Phoenix, AZ 85016-5573 |
| 16179189 | + | American Arbitration Association, 1301 Atwood Avenue, Suite 211N, Johnston RI 02919-4946 |
| 16179201 | + | Bankers Healthcare Group, LLC, PO Box 332509, Murfreesboro TN 37133-2509 |
| 16179205 | + | Brian Myers, Esq., Jennings, Haug, & Cunningham,LLP, 2800 N. Central Ave, Suite 1800, Phoenix AZ 85004-1049 |
| 16179224 | + | CJC Law Office, Christopher J. Cali, Esq., 201 Solar Street, Syracuse NY 13204-1425 |
| 16179231 | + | DeRito Talking Stick South, LLC, 9120 E Talking Stick Wy, Ste E1, Scottsdale AZ 85250-8512 |
| 16179238 | + | FC Marketplace, LLC, 747 Front Street, 4th Floor, San Francisco CA 94111-1922 |
| 16179240 | + | Funding Circle USA, Inc, PO Box 398383, San Francisco CA 94139-8383 |
| 16179241 | + | Funding Circle USA, Inc., PO Box 1719, Portland OR 97207-1719 |
| 16179242 | + | Fuselier & Associates Financial, 637 Presidential Drive, Richardson TX 75081-2928 |
| 16179247 | | JPMorgan Chase Bank NA, 700 Kansas Lane, Hot Springs National Park AR 71903 |
| 16241234 | + | Kabbage, Inc., 730 Peachtree Street NE, Suite 570, Atlanta, GA 30308-1244 |
| 16179251 | + | Lane & Nach, P.C, Attn: Adam Nach, Esq, 2001 E Campbell Ave, Ste 103, Phoenix AZ 85016-5573 |
| 16179275 | + | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco CA 94105-1909 |
| 16179276 | + | Purdue University, Purdue University - Division of Financia, 475 Stadium Mall Dr Schleman Hall, West Lafayette IN 47907-2050 |
| 16179279 | + | Saddleback Communications, 10190 E. McKellips Road, Scottsdale AZ 85256-5611 |
| 16307424 | + | TD Auto Finance LLC, Ball, Santin & McLeran, PLC, 2999 North 44th St., Ste 500, Phoenix, AZ 85018-7252 |
| 16179285 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines IA 50328-0001 |
| 16297845 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | May 25 2022 22:35:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 25 2022 22:43:26 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 25 2022 22:43:32 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16296145 | | Email/PDF: bncnotices@becket-lee.com | May 25 2022 22:43:26 | AMERICAN EXPRESS NATIONAL BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN PA 19355-0701 |

| Rec # | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 16179194 | | Email/Text: COLLECTIONS@MYCONSUMERS.ORG | May 25 2022 22:33:00 | Andigo Credit Union, 1501 E. Woodfield Road, Schaumburg IL 60173 |
| 16179196 | | Email/Text: COLLECTIONS@MYCONSUMERS.ORG | May 25 2022 22:33:00 | Andigo Cu, 1501 E. Woodfield Road, Schaumburg IL 60173 |
| 16179190 | + | Email/PDF: bncnotices@becket-lee.com | May 25 2022 22:43:27 | American Express, PO Box 981535, El Paso TX 79998-1535 |
| 16282384 | + | Email/Text: bkfilings@zwickerpc.com | May 25 2022 22:35:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 16179191 | + | Email/PDF: bncnotices@becket-lee.com | May 25 2022 22:43:27 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso TX 79998-1540 |
| 16179200 | | Email/Text: bankruptcy@bhg-inc.com | May 25 2022 22:33:00 | Bankers Healthcare Group, 201 Solar Street, Syracuse NY 13204 |
| 16179202 | | Email/Text: bankruptcy@bhg-inc.com | May 25 2022 22:33:00 | Bankers Healthcare Group, LLC, 10234 W State Road 84, Fort Lauderdale FL 33324 |
| 16179203 | | Email/PDF: acg.bmw.ebn@aisinfo.com | May 25 2022 22:43:21 | Bmw Financial Services, Attn: Bankruptcy, Po Box 3608, Dublin OH 43016 |
| 16179199 | + | Email/Text: bknotices@bankofthewest.com | May 25 2022 22:34:30 | Bank Of The West, Attn: Bankruptcy, 180 Montgomery Street 25th Floor, San Francisco CA 94104-4206 |
| 16179198 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 25 2022 22:33:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa FL 33634-2413 |
| 16179197 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 25 2022 22:33:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa FL 33634-2413 |
| 16278106 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 25 2022 22:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 16179206 | + | Email/Text: cms-bk@cms-collect.com | May 25 2022 22:34:00 | Capital Management Services, LP, 698 1/2 South Ogden St, Buffalo NY 14206-2317 |
| 16179207 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2022 22:43:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16179211 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2022 22:43:19 | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 16179212 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 25 2022 22:43:27 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16312572 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 25 2022 22:43:34 | Capital One Auto Finance, a division of Capital On, PO Box 60511, City Of Industry, CA 91716-0511 |
| 16281140 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2022 22:43:19 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16179219 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2022 22:43:28 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 16301263 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2022 22:43:28 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 16179221 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2022 22:43:36 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 16179223 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2022 22:43:36 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 16179225 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 25 2022 22:34:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 16179226 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 25 2022 22:34:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus OH 43218-2125 |
| 16179229 | + | Email/PDF: creditonebknotifications@resurgent.com | May 25 2022 22:43:26 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 16179234 | | Email/Text: mrdiscen@discover.com | May 25 2022 22:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City UT 84130 |
| 16274771 | | Email/Text: mrdiscen@discover.com | May 25 2022 22:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 16179233 | + | Email/Text: mrdiscen@discover.com | May 25 2022 22:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 16179237 | + | Email/Text: bknotice@ercbpo.com | May 25 2022 22:34:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville FL 32256-7412 |
| 16191441 | | Email/PDF: bncnotices@becket-lee.com | May 25 2022 22:43:28 | FC MARKETPLACE, LLC, C/O BECKET AND LEE LLP, PO BOX 3002, MALVERN PA 19355-0702 |
| 16369777 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | May 25 2022 22:33:00 | Forward Financing LLC, 53 State Street, Floor 20, Floor 20, 53 State Street, Floor 20, Boston, MA 02109-3204 |
| 16179239 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | May 25 2022 22:33:00 | Forward Financing LLC, 100 Summer St, Ste 1175, Boston MA 02110-2138 |
| 16179243 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 25 2022 22:34:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley CA 92728-0809 |
| 16179244 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 25 2022 22:34:00 | Infiniti Fin Svcs, Pob 660366, Dallas TX 75266-0366 |
| 16179213 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 25 2022 22:43:19 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth TX 76101 |
| 16179214 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 25 2022 22:43:19 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850 |
| 16179246 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 25 2022 22:43:31 | JPMorgan Chase Bank, PO Box 659754, San Antonio TX 78265 |
| 16179248 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 25 2022 22:43:25 | JPMorgan Chase Bank NA, 4031 N Scottsdale Rd, Scottsdale AZ 85251 |
| 16179249 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 25 2022 22:43:31 | JPMorgan Chase Bank, NA, PO Box 15298, Wilmington DE 19850 |
| 16288830 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 25 2022 22:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16280952 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 25 2022 22:43:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16179252 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 25 2022 22:34:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City UT 84145-0400 |
| 16179253 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 25 2022 22:43:20 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage NY 11804-9001 |
| 16179254 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 25 2022 22:34:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell TX 75019-4620 |
| 16179255 | + | Email/PDF: pa_dc_claims@navient.com | May 25 2022 22:43:26 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre PA 18773-9640 |
| 16179272 | + | Email/PDF: pa_dc_claims@navient.com | May 25 2022 22:43:26 | Navient, Po Box 9655, Wilkes Barre PA 18773-9655 |
| 16271829 | + | Email/PDF: pa_dc_claims@navient.com | May 25 2022 22:43:26 | Navient Solutions, LLC., 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 16179273 | + | Email/Text: BKEBN-Notifications@ocwen.com | May 25 2022 22:34:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach FL 33409-6493 |
| 16179274 | + | Email/Text: bankruptcy@ondeck.com | May 25 2022 22:34:00 | Ondeck Cap, 1400 Broadway, New York NY 10018-5300 |
| 16338140 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 25 2022 22:43:21 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 16179275 | ^ | MEBN | May 25 2022 22:34:05 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco CA 94105-1909 |
| 16287052 | | Email/Text: bnc-quantum@quantum3group.com | May 25 2022 22:34:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16179278 | + | Email/Text: bankruptcyteam@quickenloans.com | May 25 2022 22:34:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit MI 48226-3573 |
| 16179280 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2022 22:43:19 | Syncb/Ikea, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 16179281 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2022 22:43:31 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 16179282 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2022 22:43:25 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando FL 32896-5064 |
| 16179283 | + | Email/Text: jaxbanko@td.com | May 25 2022 22:33:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hilss MI 48333-9223 |
| 16179284 | + | Email/Text: bankruptcynotices@sba.gov | May 25 2022 22:33:00 | U.S. Small Business Administration, 409 3rd St, SW, Washington DC 20416-0005 |
| 16179286 | + | Email/Text: money@yelp.com | May 25 2022 22:34:00 | Yelp, Inc., 140 New Montgomery Street, San Francisco CA 94105-3822 |
| 16179287 | + | Email/Text: bkfilings@zwickerpc.com | May 25 2022 22:35:00 | Zwicker & Associates, P.C., 80 Minuteman Rd., Andover MA 01810-1008 |

TOTAL: 64

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16179193 | | Andigo Credit Union |
| 16179195 | | Andigo Credit Union |
| 16179236 | | Edc/arrowpoint Realty |
| 16179245 | | Ion Bank/greensky |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P+++ | FC MARKETPLACE, LLC, C/O BECKET AND LEE LLP, PO BOX 3002, MALVERN, PA 19355-0702 |
| cr | *+ | TD Auto Finance LLC, Ball, Santin & McLeran, PLC, 2999 North 44th St., Ste 500, Phoenix, AZ 85018-7252 |
| 16179192 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso TX 79998-1540 |
| 16348066 | *P++ | BANKERS HEALTHCARE GROUP LLC, ATTN BANKRUPTCY DEPT, 201 SOLAR STREET, SYRACUSE NY 13204-1425, address filed with court:, Bankers Healthcare Group,LLC, 201 Solar Street, Syracuse, NY 13204 |
| 16179204 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, Bmw Financial Services, Attn: Bankruptcy, Po Box 3608, Dublin OH 43016 |
| 16179208 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16179209 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16179210 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16179220 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 16179222 | *+ | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 16179227 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus OH 43218-2125 |
| 16179228 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus OH 43218-2125 |
| 16179230 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 16179232 | *+ | DeRito Talking Stick South, LLC, 9120 E Talking Stick Wy, Ste E1, Scottsdale AZ 85250-8512 |
| 16179235 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |

| | | |
| --- | --- | --- |
| 16179215 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850 |
| 16179216 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850 |
| 16179217 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850 |
| 16179218 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850 |
| 16179250 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, NA, PO Box 15298, Wilmington DE 19850 |
| 16294125 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16294127 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16294129 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16294142 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16179262 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre PA 18773-9640 |
| 16179263 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre PA 18773-9640 |
| 16179264 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre PA 18773-9640 |
| 16179265 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre PA 18773-9640 |
| 16179266 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre PA 18773-9640 |
| 16179267 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre PA 18773-9640 |
| 16179268 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre PA 18773-9640 |
| 16179269 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre PA 18773-9640 |
| 16179270 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre PA 18773-9640 |
| 16179271 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre PA 18773-9640 |
| 16179256 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre PA 18773-9640 |
| 16179257 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre PA 18773-9640 |
| 16179258 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre PA 18773-9640 |
| 16179259 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre PA 18773-9640 |
| 16179260 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre PA 18773-9640 |
| 16179261 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre PA 18773-9640 |
| 16271831 | *+ | Navient Solutions, LLC., 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 16179277 | *+ | Purdue University, Purdue University - Division of Financia, 475 Stadium Mall Dr Schleman Hall, West Lafayette IN 47907-2050 |

TOTAL: 4 Undeliverable, 43 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ADAM 1 NACH | on behalf of Creditor DeRito Talking Stick South  LLC adam.nach@lane-nach.com, sheila.rochin@lane-nach.com,danica.kolb@lane-nach.com,deborah.mckernan@lane-nach.com |
| DINA ANDERSON | DAnderson@DLATrustee.com lbailey@DLATrustee.com,dlanderson@ecf.epiqsystems.com,dla@trustesolutions.net,tkirn@dlatrustee.com |

DINA ANDERSON
　　　　　　　　on behalf of Trustee DINA ANDERSON DAnderson@DLATrustee.com
　　　　　　　　lbailey@DLATrustee.com,dlanderson@ecf.epiqsystems.com,dla@trustesolutions.net,tkirn@dlatrustee.com

JAMES B. BALL
　　　　　　　　on behalf of Creditor TD Auto Finance LLC ball@bsmplc.com  bkecf@bsmplc.com

JAMES E. SHIVELY
　　　　　　　　on behalf of Creditor TD Auto Finance LLC bkecf@bsmplc.com

KRISTOPHER CRAIG CHILDERS
　　　　　　　　on behalf of Joint Debtor REBECCA ELIZABETH EVE kris@compassionate-counsel.com  9919@notices.nextchapterbk.com

KRISTOPHER CRAIG CHILDERS
　　　　　　　　on behalf of Debtor CHRISTOPHER WILLIAM DEMUTH kris@compassionate-counsel.com  9919@notices.nextchapterbk.com

Michael Zdancewicz
　　　　　　　　on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. Notice@ZLawAZ.com

RYAN W. ANDERSON
　　　　　　　　on behalf of Trustee DINA ANDERSON randerson@gamlaw.com
　　　　　　　　kplum@gamlaw.com,jcampanaro@gamlaw.com,llofredo@gamlaw.com

U.S. TRUSTEE
　　　　　　　　USTPRegion14.PX.ECF@USDOJ.GOV


TOTAL: 10

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: § Case No. 2:20-BK-09299-PS
§
CHRISTOPHER WILLIAM DEMUTH §
REBECCA ELIZABETH EVE §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Dina L. Anderson, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court
    230 N 1st Ave, Ste. 101
    Phoenix, AZ 85003

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice. The proposed distribution is dependent on the Court's ruling on the allowance of Administrative expenses, additional Court costs, remaining contests of claims, and additional interest.

Objections must be in writing and filed with a request for a hearing with the Clerk, U.S. Bankruptcy Court at 230 N. 1st Ave., Ste 101, Phoenix, AZ 85003, the trustee Dina Anderson at 21001 N. Tatum Blvd., # 1630-608, Phoenix, AZ 85050, and the United States Trustee at 230 N. 1st Ave., Suite 204, Phoenix, AZ 85003-1706. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

                              By: /s/ George D. Prentice
                                  Clerk, U.S. Bankruptcy Court

Dina L. Anderson
21001 N. Tatum Blvd #1630-608
Phoenix, AZ 85050

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: § Case No. 2:20-BK-09299-PS
 §
CHRISTOPHER WILLIAM DEMUTH §
REBECCA ELIZABETH EVE §
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $104,087.40
*and approved disbursements of* $4,937.91
*leaving a balance on hand of[1]:* $99,149.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 21 | Capital One Auto Finance, a division of Capital One, N.A. | $24,808.40 | $24,808.40 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $99,149.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Dina L. Anderson, Trustee Fees | $8,445.02 | $0.00 | $8,445.02 |
| Dina L. Anderson, Trustee Expenses | $110.56 | $0.00 | $110.56 |
| Guttilla Murphy Anderson, P.C., Attorney for Trustee Fees | $4,120.00 | $4,120.00 | $0.00 |
| Guttilla Murphy Anderson, P.C., Attorney for Trustee Expenses | $32.10 | $32.10 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Semple, Marchal & Cooper, LLP, Accountant for Trustee Fees | $1,110.00 | $0.00 | $1,110.00 |

                    Total to be paid for chapter 7 administrative expenses:       $9,665.58
                                                        Remaining balance:       $89,483.91

       Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

                    Total to be paid to prior chapter administrative expenses:       $0.00
                                                        Remaining balance:       $89,483.91

       In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

       Allowed priority claims are: NONE

                                  Total to be paid to priority claims:       $0.00
                                                          Remaining balance:       $89,483.91

       The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

       Timely claims of general (unsecured) creditors totaling $1,622,289.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent, plus interest (if applicable).

       Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Navient Solutions, LLC. | $95,779.45 | $0.00 | $5,283.10 |
| 3 | Discover Bank | $7,358.76 | $0.00 | $405.90 |
| 4 | Bank of America, N.A. | $60,743.84 | $0.00 | $3,350.57 |
| 5 | Bank of America, N.A. | $11,628.15 | $0.00 | $641.40 |
| 6 | MERRICK BANK | $872.87 | $0.00 | $48.15 |
| 7 | Capital One Bank (USA), N.A. | $8,622.05 | $0.00 | $475.58 |
| 8 | Capital One Bank (USA), N.A. | $7,578.24 | $0.00 | $418.01 |

**UST Form 101-7-NFR (10/1/2010)**

| | | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 9 | American Express National Bank, AENB | $22,965.52 | $0.00 | $1,266.76 |
| 10 | American Express National Bank, AENB | $8,255.39 | $0.00 | $455.36 |
| 11 | Quantum3 Group LLC as agent for Crown Asset Management LLC | $36,730.01 | $0.00 | $2,025.99 |
| 12 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | $6,756.88 | $0.00 | $372.70 |
| 13 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | $29,564.22 | $0.00 | $1,630.73 |
| 14 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | $527.84 | $0.00 | $29.12 |
| 15 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | $39,602.09 | $0.00 | $2,184.41 |
| 16 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | $4,583.40 | $0.00 | $252.82 |
| 17 | American Express National Bank | $2,826.45 | $0.00 | $155.90 |
| 18 | Wells Fargo Bank, N.A. | $10,362.90 | $0.00 | $571.61 |
| 19 | Citibank, N.A. | $3,644.45 | $0.00 | $201.02 |
| 20 | Citibank, N.A. | $25,827.15 | $0.00 | $1,424.60 |
| 22 | DeRito Talking Stick South, LLC, successor to De Rito Pavilions 140, LLC | $998,115.58 | $0.00 | $55,055.09 |
| 23 | FC MARKETPLACE, LLC | $183,278.62 | $0.00 | $10,109.47 |
| 24 | PYOD, LLC | $2,133.98 | $0.00 | $117.71 |
| 25 | Bankers Healthcare Group, LLC | $54,531.62 | $0.00 | $3,007.91 |

Total to be paid to timely general unsecured claims: $89,483.91
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $56,041.30 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 26 | Forward Financing LLC | $56,041.30 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00

Prepared By: /s/ Dina L. Anderson
Trustee

Dina L. Anderson
21001 N. Tatum Blvd #1630-608
Phoenix, AZ 85050

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**