# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| CHRISTOPHER WILLIAM DEMUTH | ) | CASE NO. 2:20-bk-09299-PS |
| REBECCA ELIZABETH EVE | ) | |
| | ) | **ORDER APPROVING PAYMENT** |
| Debtor(s) | ) | **OF ADMINISTRATIVE FEES** |
| | ) | **AND EXPENSES** |

Dina L. Anderson, herein having filed the Trustee's Final Report and Application for Compensation and Reimbursement of Expenses and, if required, due notice thereof having been given:

IT IS ORDERED that the following fees and expenses are approved and shall be paid by the Trustee in the following amounts:

| PAYEE AND EXPLANATION | | TOTAL |
|---|---:|---:|
| Dina L. Anderson | | |
|     Fee Allowed | $8,445.02 | |
|     Expenses Allowed | $110.56 | $8,555.58 |
| Semple, Marchal & Cooper, LLP | | |
|     Fee Allowed | $1,110.00 | |
|     Expenses Allowed | $0.00 | $1,110.00 |
| Independent Bank | $598.74 | $598.74 |

**SIGNED AND DATED ABOVE**

1