SIGNED.

Dated: July 20, 2022

_Paul Sala_

**Paul Sala, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 7 |
| | ) |
| CHRISTOPHER WILLIAM DEMUTH | ) CASE NO. 2:20-bk-09299-PS |
| REBECCA ELIZABETH EVE | ) |
| | ) **ORDER APPROVING PAYMENT** |
| Debtor(s) | ) **OF ADMINISTRATIVE FEES** |
| | ) **AND EXPENSES** |

<u>Dina L. Anderson</u>, herein having filed the Trustee's Final Report and Application for

Compensation and Reimbursement of Expenses and, if required, due notice thereof having been

given:

IT IS ORDERED that the following fees and expenses are approved and shall be paid by

the Trustee in the following amounts:

| PAYEE AND EXPLANATION | | TOTAL |
|---|---|---|
| Dina L. Anderson | | |
| Fee Allowed | $8,445.02 | |
| Expenses Allowed | $110.56 | $8,555.58 |
| Semple, Marchal & Cooper, LLP | | |
| Fee Allowed | $1,110.00 | |
| Expenses Allowed | $0.00 | $1,110.00 |
| Independent Bank | $598.74 | $598.74 |

**SIGNED AND DATED ABOVE**

1