**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| In re: | § | Case No. 2:20-BK-09299-PS |
|---|---|---|
| | § | |
| CHRISTOPHER WILLIAM DEMUTH | § | |
| REBECCA ELIZABETH EVE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Dina L. Anderson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $27,702.00 | Assets Exempt: | $183,849.03 |
| Total Distributions to Claimants: | $89,483.91 | Claims Discharged Without Payment: | $2,086,077.18 |
| Total Expenses of Administration: | $14,416.42 | | |

3) Total gross receipts of $104,087.40 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $187.07 (see **Exhibit 2),** yielded net receipts of $103,900.33 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $394,662.00 | $24,808.40 | $24,808.40 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $14,416.42 | $14,416.42 | $14,416.42 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,135,817.12 | $1,744,843.76 | $1,678,330.76 | $89,483.91 |
| **Total Disbursements** | $1,530,479.12 | $1,784,068.58 | $1,717,555.58 | $103,900.33 |

4). This case was originally filed under chapter 7 on 08/13/2020. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/16/2022 By: /s/ Dina L. Anderson

Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 8407 East Orange Blossom Lane Scottsdale AZ 85250-0000 | 1110-000 | $98,000.00 |
| Alliance Bank account ending 5124 | 1129-000 | $137.06 |
| 2019 Arizona State Tax Refund - Post Petition | 1224-000 | $4,158.00 |
| 2020 State Tax Refund | 1224-000 | $488.00 |
| Non Exempt Wages | 1229-000 | $1,304.34 |
| **TOTAL GROSS RECEIPTS** | | $104,087.40 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| CHRISTOPHER DEMUTH AND REBECCA EVE | Funds to Third Parties | 8500-002 | $187.07 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $187.07 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21 | Capital One Auto Finance, a division of Capital One, N.A. | 4210-000 | $28,080.00 | $24,808.40 | $24,808.40 | $0.00 |
| | Quicken Loans | 4110-000 | $354,062.00 | $0.00 | $0.00 | $0.00 |
| | Td Auto Finance | 4210-000 | $12,520.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $394,662.00 | $24,808.40 | $24,808.40 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dina L. Anderson, Trustee | 2100-000 | NA | $8,445.02 | $8,445.02 | $8,445.02 |
| Dina L. Anderson, Trustee | 2200-000 | NA | $110.56 | $110.56 | $110.56 |
| Independent Bank | 2600-000 | NA | $598.74 | $598.74 | $598.74 |
| Guttilla Murphy Anderson, P.C., | 3110-000 | NA | $4,120.00 | $4,120.00 | $4,120.00 |

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee | | | | | |
| Guttilla Murphy Anderson, P.C., Attorney for Trustee | 3120-000 | NA | $32.10 | $32.10 | $32.10 |
| Semple, Marchal & Cooper, LLP, Accountant for Trustee | 3410-000 | NA | $1,110.00 | $1,110.00 | $1,110.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $14,416.42 | $14,416.42 | $14,416.42 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Kabbage, Inc. | 7100-000 | $0.00 | $66,513.00 | $0.00 | $0.00 |
| 2 | Navient Solutions, LLC. | 7100-000 | $12,535.00 | $95,779.45 | $95,779.45 | $5,283.10 |
| 3 | Discover Bank | 7100-000 | $4,324.00 | $7,358.76 | $7,358.76 | $405.90 |
| 4 | Bank of America, N.A. | 7100-000 | $60,743.00 | $60,743.84 | $60,743.84 | $3,350.57 |
| 5 | Bank of America, N.A. | 7100-000 | $0.00 | $11,628.15 | $11,628.15 | $641.40 |
| 6 | MERRICK BANK | 7100-000 | $852.00 | $872.87 | $872.87 | $48.15 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | $8,123.00 | $8,622.05 | $8,622.05 | $475.58 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | $7,578.00 | $7,578.24 | $7,578.24 | $418.01 |
| 9 | American Express National Bank, AENB | 7100-000 | $22,965.00 | $22,965.52 | $22,965.52 | $1,266.76 |
| 10 | American Express National Bank, AENB | 7100-000 | $8,255.39 | $8,255.39 | $8,255.39 | $455.36 |
| 11 | Quantum3 Group LLC as agent for Crown Asset Management LLC | 7100-000 | $0.00 | $36,730.01 | $36,730.01 | $2,025.99 |
| 12 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | 7100-000 | $6,756.00 | $6,756.88 | $6,756.88 | $372.70 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | 7100-000 | $29,564.00 | $29,564.22 | $29,564.22 | $1,630.73 |
| 14 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | 7100-000 | $421.00 | $527.84 | $527.84 | $29.12 |
| 15 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | 7100-000 | $39,602.00 | $39,602.09 | $39,602.09 | $2,184.41 |
| 16 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | 7100-000 | $4,489.00 | $4,583.40 | $4,583.40 | $252.82 |
| 17 | American Express National Bank | 7100-000 | $0.00 | $2,826.45 | $2,826.45 | $155.90 |
| 18 | Wells Fargo Bank, N.A. | 7100-000 | $9,943.00 | $10,362.90 | $10,362.90 | $571.61 |
| 19 | Citibank, N.A. | 7100-000 | $0.00 | $3,644.45 | $3,644.45 | $201.02 |
| 20 | Citibank, N.A. | 7100-000 | $23,924.00 | $25,827.15 | $25,827.15 | $1,424.60 |
| 22 | DeRito Talking Stick South, LLC, successor to De Rito Pavilions 140, LLC | 7100-000 | $168,354.00 | $998,115.58 | $998,115.58 | $55,055.09 |
| 23 | FC MARKETPLAC E, LLC | 7100-000 | $183,278.62 | $183,278.62 | $183,278.62 | $10,109.47 |
| 24 | PYOD, LLC | 7100-000 | $1,931.00 | $2,133.98 | $2,133.98 | $117.71 |
| 25 | Bankers Healthcare Group, LLC | 7100-000 | $44,948.78 | $54,531.62 | $54,531.62 | $3,007.91 |
| 26 | Forward Financing LLC | 7200-000 | $0.00 | $56,041.30 | $56,041.30 | $0.00 |
| | Amex | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Andigo Credit Union | 7100-000 | $6,371.00 | $0.00 | $0.00 | $0.00 |
| | Andigo Credit Union | 7100-000 | $5,561.00 | $0.00 | $0.00 | $0.00 |
| | Andigo Credit Union | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Andigo Cu | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank Of The West | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bankers Healthcare Group, LLC | 7100-000 | $17,288.07 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Bmw Financial Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bmw Financial Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $21,965.44 | $0.00 | $0.00 | $0.00 |
| | Chase Auto Finance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Citibank | 7100-000 | $22,681.00 | $0.00 | $0.00 | $0.00 |
| | Citibank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Citibank/Best Buy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Citibank/Best Buy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/Buckle | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/Victoria Secret | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/Victoria Secret | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/Victoria Secret | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Credit One Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Discover Financial | 7100-000 | $20,806.00 | $0.00 | $0.00 | $0.00 |
| | Discover Financial | 7100-000 | $12,182.00 | $0.00 | $0.00 | $0.00 |
| | Edc/arrowpoint Realty | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Enhanced Recovery Corp | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Forward Financing LLC | 7100-000 | $56,041.30 | $0.00 | $0.00 | $0.00 |
| | Funding Circle USA, Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Hyundai Motor Finance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Infiniti Fin Svcs | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ion Bank/greensky | 7100-000 | $21,533.00 | $0.00 | $0.00 | $0.00 |
| | JPMorgan Chase Bank | 7100-000 | $3,004.49 | $0.00 | $0.00 | $0.00 |
| | JPMorgan Chase Bank NA | 7100-000 | $10,657.48 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | JPMorgan Chase Bank NA | 7100-000 | $12,096.84 | $0.00 | $0.00 | $0.00 |
| | JPMorgan Chase Bank, NA | 7100-000 | $21,803.24 | $0.00 | $0.00 | $0.00 |
| | JPMorgan Chase Bank, NA | 7100-000 | $14,012.47 | $0.00 | $0.00 | $0.00 |
| | Marcus by Goldman Sachs | 7100-000 | $25,148.00 | $0.00 | $0.00 | $0.00 |
| | Mr. Cooper | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Navient | 7100-000 | $10,966.00 | $0.00 | $0.00 | $0.00 |
| | Navient | 7100-000 | $10,820.00 | $0.00 | $0.00 | $0.00 |
| | Navient | 7100-000 | $8,324.00 | $0.00 | $0.00 | $0.00 |
| | Navient | 7100-000 | $7,404.00 | $0.00 | $0.00 | $0.00 |
| | Navient | 7100-000 | $6,699.00 | $0.00 | $0.00 | $0.00 |
| | Navient | 7100-000 | $6,577.00 | $0.00 | $0.00 | $0.00 |
| | Navient | 7100-000 | $6,069.00 | $0.00 | $0.00 | $0.00 |
| | Navient | 7100-000 | $4,642.00 | $0.00 | $0.00 | $0.00 |
| | Navient | 7100-000 | $3,917.00 | $0.00 | $0.00 | $0.00 |
| | Navient | 7100-000 | $3,454.00 | $0.00 | $0.00 | $0.00 |
| | Navient | 7100-000 | $3,272.00 | $0.00 | $0.00 | $0.00 |
| | Navient | 7100-000 | $1,395.00 | $0.00 | $0.00 | $0.00 |
| | Navient | 7100-000 | $990.00 | $0.00 | $0.00 | $0.00 |
| | Navient | 7100-000 | $950.00 | $0.00 | $0.00 | $0.00 |
| | Navient | 7100-000 | $308.00 | $0.00 | $0.00 | $0.00 |
| | Navient | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ocwen Loan Servicing, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ondeck Cap | 7100-000 | $143,692.00 | $0.00 | $0.00 | $0.00 |
| | Purdue University | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Purdue University | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Saddleback Communications | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Syncb/Ikea | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Synchrony Bank/Amazon | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Synchrony Bank/Care Credit | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Yelp, Inc. | 7100-000 | $6,600.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,135,817.12 | $1,744,843.76 | $1,678,330.76 | $89,483.91 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No.:** 20-09299-PS
**Case Name:** DEMUTH, CHRISTOPHER WILLIAM AND EVE, REBECCA ELIZABETH
**For the Period Ending:** 9/12/2022

**Trustee Name:** Dina L. Anderson
**Date Filed (f) or Converted (c):** 08/13/2020 (f)
**§341(a) Meeting Date:** 09/14/2020
**Claims Bar Date:** 02/04/2021

| Ref. # | 1 Asset Description (Scheduled and Unscheduled (u) Property) | | 2 Petition/ Unscheduled Value | 3 Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA =§ 554(a) abandon. | 5 Sales/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|---|
| 1 | 8407 East Orange Blossom Lane Scottsdale AZ 85250-0000 | | $447,247.00 | $0.00 | OA | $98,000.00 | FA |
| **Asset Notes:** | Order Granting Motion to Approve Settlement for $98k at DE 90 (01/02/22)<br>*10/10/2021 dlanderson: ZILLOW IS $663,800 | | | | | | |
| 2 | 2017 Hyundai Tucson Mileage: 55055 | | $15,313.00 | $0.00 | | $0.00 | FA |
| 3 | 2018 Honda Accord Mileage: 12992 | | $24,389.00 | $0.00 | | $0.00 | FA |
| 4 | Couch, dining room table and 4 chairs, 2 mattresses and bedroom sets, 2 televisions, assorted household furnishings | | $4,000.00 | $0.00 | | $0.00 | FA |
| 5 | Personal Computer | | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Debtors' everyday wardrobe | | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Men's wristwatch | | $200.00 | $0.00 | | $0.00 | FA |
| 8 | 2 gold wedding bands, 1 diamond engagement ring | | $2,500.00 | $0.00 | | $0.00 | FA |
| 9 | Chase Account ending 0523 | | $161.96 | $0.00 | | $0.00 | FA |
| 10 | Alliance Bank account ending 5124 | | $137.06 | $137.06 | | $137.06 | FA |
| 11 | Scottsdale Pet Suite, LLC- currently in chapter 7 2:20-bk-00020-DPC | | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Non Exempt Wages | (u) | $1,304.34 | $1,304.34 | | $1,304.34 | FA |
| 13 | 2019 Arizona State Tax Refund - Post Petition | (u) | $4,158.00 | $4,158.00 | | $4,158.00 | FA |
| 14 | 2020 State Tax Refund | (u) | $488.00 | $300.93 | | $488.00 | FA |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | **$500,898.36** | **$5,900.33** | | **$104,087.40** | **$0.00** |

**Major Activities affecting case closing:**

09/16/2022 TDR submitted to USTO on 09/16/22

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No.:** 20-09299-PS
**Case Name:** DEMUTH, CHRISTOPHER WILLIAM AND EVE, REBECCA ELIZABETH
**For the Period Ending:** 9/12/2022

**Trustee Name:** Dina L. Anderson
**Date Filed (f) or Converted (c):** 08/13/2020 (f)
**§341(a) Meeting Date:** 09/14/2020
**Claims Bar Date:** 02/04/2021

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 04/19/2022
**Current Projected Date Of Final Report (TFR):** 04/19/2022

/s/ DINA L. ANDERSON

DINA L. ANDERSON

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 20-09299-PS | **Trustee Name:** | Dina L. Anderson |
| **Case Name:** | DEMUTH, CHRISTOPHER WILLIAM AND EVE, REBECCA ELIZABETH | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***3722 | **Checking Acct #:** | ******9299 |
| **Co-Debtor Taxpayer ID #:** | **-***3723 | **Account Title:** | |
| **For Period Beginning:** | 8/13/2020 | **Blanket bond (per case limit):** | $24,320,024.00 |
| **For Period Ending:** | 9/12/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/03/2020 | | Christopher Demuth | Payment re 2019 State Tax Refund, n/e wages & n/e bank | | * | $5,599.40 | | $5,599.40 |
| | {13} | | 2019 State Tax Refund | $4,158.00 | 1224-000 | | | $5,599.40 |
| | {12} | | Nonexempt wages | $1,304.34 | 1229-000 | | | $5,599.40 |
| | {10} | | Nonexempt bank funds | $137.06 | 1129-000 | | | $5,599.40 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $7.87 | $5,591.53 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $8.15 | $5,583.38 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $8.14 | $5,575.24 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $8.13 | $5,567.11 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $8.11 | $5,559.00 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $8.10 | $5,550.90 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $8.09 | $5,542.81 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $8.08 | $5,534.73 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $8.07 | $5,526.66 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $8.05 | $5,518.61 |
| 09/22/2021 | (14) | State of Arizona | 2020 Arizona State Tax Refund | | 1224-000 | $488.00 | | $6,006.61 |
| 09/29/2021 | 1001 | CHRISTOPHER DEMUTH AND REBECCA EVE | Debtors' pro rata share of 2020 State tax refund | | 8500-002 | | $187.07 | $5,819.54 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $8.24 | $5,811.30 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $8.59 | $5,802.71 |
| 11/23/2021 | (1) | Christopher Demuth and Rebecca Eve | Settlement re real property | | 1110-000 | $98,000.00 | | $103,802.71 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $47.88 | $103,754.83 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $151.30 | $103,603.53 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $151.08 | $103,452.45 |
| 02/23/2022 | 1002 | Guttilla Murphy Anderson, P.C. | Attorney fees per Order signed on 02/17/22 | | 3110-000 | | $4,120.00 | $99,332.45 |
| 02/23/2022 | 1003 | Guttilla Murphy Anderson, P.C. | Attorney expenses per Order signed on 02/17/22 | | 3120-000 | | $32.10 | $99,300.35 |
| 02/28/2022 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $150.86 | $99,149.49 |
| 03/25/2022 | | Independent Bank | Transfer Funds | | 9999-000 | | $99,149.49 | $0.00 |
| | | | | | **SUBTOTALS** | $104,087.40 | $104,087.40 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 20-09299-PS | **Trustee Name:** | Dina L. Anderson |
| **Case Name:** | DEMUTH, CHRISTOPHER WILLIAM AND EVE, REBECCA ELIZABETH | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***3722 | **Checking Acct #:** | ******9299 |
| **Co-Debtor Taxpayer ID #:** | **-***3723 | **Account Title:** | |
| **For Period Beginning:** | 8/13/2020 | **Blanket bond (per case limit):** | $24,320,024.00 |
| **For Period Ending:** | 9/12/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $104,087.40 | $104,087.40 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $99,149.49 | |
| | | | **Subtotal** | | $104,087.40 | $4,937.91 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $104,087.40 | $4,937.91 | |

**For the period of 8/13/2020 to 9/12/2022**

| | |
|---|---|
| Total Compensable Receipts: | $104,087.40 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $104,087.40 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,750.84 |
| Total Non-Compensable Disbursements: | $187.07 |
| Total Comp/Non Comp Disbursements: | $4,937.91 |
| Total Internal/Transfer Disbursements: | $99,149.49 |

**For the entire history of the account between 11/03/2020 to 9/12/2022**

| | |
|---|---|
| Total Compensable Receipts: | $104,087.40 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $104,087.40 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,750.84 |
| Total Non-Compensable Disbursements: | $187.07 |
| Total Comp/Non Comp Disbursements: | $4,937.91 |
| Total Internal/Transfer Disbursements: | $99,149.49 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 20-09299-PS
**Case Name:** DEMUTH, CHRISTOPHER WILLIAM AND EVE, REBECCA ELIZABETH
**Primary Taxpayer ID #:** **-***3722
**Co-Debtor Taxpayer ID #:** **-***3723
**For Period Beginning:** 8/13/2020
**For Period Ending:** 9/12/2022

**Trustee Name:** Dina L. Anderson
**Bank Name:** Veritex Community Bank
**Checking Acct #:** ******9901
**Account Title:** DDA
**Blanket bond (per case limit):** $24,320,024.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/25/2022 | | Veritex Community Bank | Transfer Funds | 9999-000 | $99,149.49 | | $99,149.49 |
| 07/21/2022 | 6001 | Dina L. Anderson | Trustee Compensation | 2100-000 | | $8,445.02 | $90,704.47 |
| 07/21/2022 | 6002 | Dina L. Anderson | Trustee Expenses | 2200-000 | | $110.56 | $90,593.91 |
| 07/21/2022 | 6003 | Semple, Marchal & Cooper, LLP | Claim #: ; Distribution Dividend: 100.00%; Account Number: ; | 3410-000 | | $1,110.00 | $89,483.91 |
| 07/21/2022 | 6004 | Navient Solutions, LLC. | Claim #: 2; Distribution Dividend: 5.52%; Account Number: 0151; | 7100-000 | | $5,283.10 | $84,200.81 |
| 07/21/2022 | 6005 | Discover Bank | Claim #: 3; Distribution Dividend: 5.52%; Account Number: 7519; | 7100-000 | | $405.90 | $83,794.91 |
| 07/21/2022 | 6006 | Bank of America, N.A. | Claim #: 4; Distribution Dividend: 5.52%; Account Number: 3158; | 7100-000 | | $3,350.57 | $80,444.34 |
| 07/21/2022 | 6007 | Bank of America, N.A. | Claim #: 5; Distribution Dividend: 5.52%; Account Number: 6950; | 7100-000 | | $641.40 | $79,802.94 |
| 07/21/2022 | 6008 | MERRICK BANK | Claim #: 6; Distribution Dividend: 5.52%; Account Number: 6848; | 7100-000 | | $48.15 | $79,754.79 |
| 07/21/2022 | 6009 | Capital One Bank (USA), N.A. | Claim #: 7; Distribution Dividend: 5.52%; Account Number: 0178; | 7100-000 | | $475.58 | $79,279.21 |
| 07/21/2022 | 6010 | Capital One Bank (USA), N.A. | Claim #: 8; Distribution Dividend: 5.52%; Account Number: 5338; | 7100-000 | | $418.01 | $78,861.20 |
| 07/21/2022 | 6011 | American Express National Bank, AENB | Claim #: 9; Distribution Dividend: 5.52%; Account Number: 1009; | 7100-000 | | $1,266.76 | $77,594.44 |
| 07/21/2022 | 6012 | American Express National Bank, AENB | Claim #: 10; Distribution Dividend: 5.52%; Account Number: 2006; | 7100-000 | | $455.36 | $77,139.08 |
| 07/21/2022 | 6013 | Quantum3 Group LLC as agent for Crown Asset Management LLC | Claim #: 11; Distribution Dividend: 5.52%; Account Number: 4875 (WebBank); | 7100-000 | | $2,025.99 | $75,113.09 |
| 07/21/2022 | 6014 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | Claim #: 12; Distribution Dividend: 5.52%; Account Number: 0895; | 7100-000 | | $372.70 | $74,740.39 |
| 07/21/2022 | 6015 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | Claim #: 13; Distribution Dividend: 5.52%; Account Number: 7352; | 7100-000 | | $1,630.73 | $73,109.66 |
| | | | | **SUBTOTALS** | $99,149.49 | $26,039.83 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 20-09299-PS
**Case Name:** DEMUTH, CHRISTOPHER WILLIAM AND EVE, REBECCA ELIZABETH
**Primary Taxpayer ID #:** **-***3722
**Co-Debtor Taxpayer ID #:** **-***3723
**For Period Beginning:** 8/13/2020
**For Period Ending:** 9/12/2022

**Trustee Name:** Dina L. Anderson
**Bank Name:** Veritex Community Bank
**Checking Acct #:** ******9901
**Account Title:** DDA
**Blanket bond (per case limit):** $24,320,024.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/21/2022 | 6016 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | Claim #: 14; Distribution Dividend: 5.52%; Account Number: 3920; | 7100-000 | | $29.12 | $73,080.54 |
| 07/21/2022 | 6017 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | Claim #: 15; Distribution Dividend: 5.52%; Account Number: 4989; | 7100-000 | | $2,184.41 | $70,896.13 |
| 07/21/2022 | 6018 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | Claim #: 16; Distribution Dividend: 5.52%; Account Number: 6677; | 7100-000 | | $252.82 | $70,643.31 |
| 07/21/2022 | 6019 | American Express National Bank | Claim #: 17; Distribution Dividend: 5.52%; Account Number: 1008; | 7100-000 | | $155.90 | $70,487.41 |
| 07/21/2022 | 6020 | Wells Fargo Bank, N.A. | Claim #: 18; Distribution Dividend: 5.52%; Account Number: 637809396 (8741); | 7100-000 | | $571.61 | $69,915.80 |
| 07/21/2022 | 6021 | Citibank, N.A. | Claim #: 19; Distribution Dividend: 5.52%; Account Number: 9773; | 7100-000 | | $201.02 | $69,714.78 |
| 07/21/2022 | 6022 | Citibank, N.A. | Claim #: 20; Distribution Dividend: 5.52%; Account Number: 3541 (The Home Depot); | 7100-000 | | $1,424.60 | $68,290.18 |
| 07/21/2022 | 6023 | DeRito Talking Stick South, LLC, successor to De Rito Pavilions 140, LLC | Claim #: 22; Distribution Dividend: 5.52%; Account Number: No Acct # Provided; | 7100-000 | | $55,055.09 | $13,235.09 |
| 07/21/2022 | 6024 | FC MARKETPLACE, LLC | Claim #: 23; Distribution Dividend: 5.52%; Account Number: F411; | 7100-000 | | $10,109.47 | $3,125.62 |
| 07/21/2022 | 6025 | PYOD, LLC | Claim #: 24; Distribution Dividend: 5.52%; Account Number: 1216 (Credit One Bank); | 7100-000 | | $117.71 | $3,007.91 |
| 07/21/2022 | 6026 | Bankers Healthcare Group, LLC | Claim #: 25; Distribution Dividend: 5.52%; Account Number: 4281; | 7100-000 | | $3,007.91 | $0.00 |



**SUBTOTALS** $0.00 $73,109.66

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 20-09299-PS | **Trustee Name:** | Dina L. Anderson |
| **Case Name:** | DEMUTH, CHRISTOPHER WILLIAM AND EVE, REBECCA ELIZABETH | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***3722 | **Checking Acct #:** | ******9901 |
| **Co-Debtor Taxpayer ID #:** | **-***3723 | **Account Title:** | DDA |
| **For Period Beginning:** | 8/13/2020 | **Blanket bond (per case limit):** | $24,320,024.00 |
| **For Period Ending:** | 9/12/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $99,149.49 | $99,149.49 | $0.00 |
| **Less: Bank transfers/CDs** | $99,149.49 | $0.00 | |
| **Subtotal** | $0.00 | $99,149.49 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $99,149.49 | |

**For the period of 8/13/2020 to 9/12/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $99,149.49 |
| | |
| Total Compensable Disbursements: | $99,149.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $99,149.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/25/2022 to 9/12/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $99,149.49 |
| | |
| Total Compensable Disbursements: | $99,149.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $99,149.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 20-09299-PS | **Trustee Name:** | Dina L. Anderson |
| **Case Name:** | DEMUTH, CHRISTOPHER WILLIAM AND EVE, REBECCA ELIZABETH | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***3722 | **Checking Acct #:** | ******9901 |
| **Co-Debtor Taxpayer ID #:** | **-***3723 | **Account Title:** | DDA |
| **For Period Beginning:** | 8/13/2020 | **Blanket bond (per case limit):** | $24,320,024.00 |
| **For Period Ending:** | 9/12/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $104,087.40 | $104,087.40 | $0.00 |

**For the period of 8/13/2020 to 9/12/2022**

| | |
|---|---|
| Total Compensable Receipts: | $104,087.40 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $104,087.40 |
| Total Internal/Transfer Receipts: | $99,149.49 |
| | |
| Total Compensable Disbursements: | $103,900.33 |
| Total Non-Compensable Disbursements: | $187.07 |
| Total Comp/Non Comp Disbursements: | $104,087.40 |
| Total Internal/Transfer Disbursements: | $99,149.49 |

**For the entire history of the case between 08/13/2020 to 9/12/2022**

| | |
|---|---|
| Total Compensable Receipts: | $104,087.40 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $104,087.40 |
| Total Internal/Transfer Receipts: | $99,149.49 |
| | |
| Total Compensable Disbursements: | $103,900.33 |
| Total Non-Compensable Disbursements: | $187.07 |
| Total Comp/Non Comp Disbursements: | $104,087.40 |
| Total Internal/Transfer Disbursements: | $99,149.49 |

/s/ DINA L. ANDERSON

DINA L. ANDERSON